UNITED STATES of America, ex rel., William D. ELLARD, Plaintiff–Appellant

v.

MEDTRONIC INC.; Austin Heart, P.A.; Daughters of Charity Health Services of Austin, doing business as Seton Hospital; Heart Hospital IV, LP, doing business as Heart Hospital of Austin, Defendants–Appellees.

No. 09–50638

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

March 18, 2010.

Oscar L. Cantu, Jr., Law Offices of Oscar Cantu, San Antonio, TX, for Plaintiff–Appellant.

Michael Christopher Theis, Anna K. Edgar, Hogan & Hartson, L.L.P., Denver, CO, D. Gibson Walton, Hogan & Hartson, L.L.P., Houston, TX, for Medtronic, Inc.

Dan Ballard, Ballard & Simmons, L.L.P., Austin, TX, for Austin Heart, P.A.

Yvonne K. Puig, Daphne Andritsos Calderon, Sara Janes Wolf, Fulbright & Jaworski, L.L.P., Austin, TX, for Daughters of Charity Health Services of Austin.

Before JOLLY, WIENER, and ELROD, Circuit Judges.

PER CURIAM: *

Plaintiff–Appellant William D. Ellard ("Ellard") appeals the district court's dis-

---

missal of his False Claims Act ("FCA") suit against Defendants–Appellees Medtronic, Inc., Austin Heart, P.A., Daughters of Charity Health Services of Austin, and Heart Hospital IV, LP. After reciting Ellard's numerous failures to comply with the FCA's statutory filing requirements, the district court dismissed Ellard's suit with prejudice, concluding that he had "incurably frustrated" the statutory goals of the FCA by, inter alia, failing to file under seal and failing to serve the government with a copy of the complaint before notifying the defendants. For essentially the same reasons advanced by the district court, we affirm.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.